# United States District Court
## Southern District of Georgia

| | |
|---|---|
| DOUGLAS ROLAND DIXON,<br><br>    Plaintiff,<br><br>    V.<br><br>JEFFERSON COUNTY LAW ENFORCEMENT CENTER, and Others; and GARY HUTCHENSON, Sheriff of Jefferson County, Georgia,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: CV 115-145 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on April 19, 2016, this case is hereby DISMISSED without prejudice; and this civil action is hereby CLOSED.

| | |
|---|---|
| April 19, 2016 | Scott L. Poff |
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |